**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WENDY SUMMERS, Administrator of the
Estate of Decedent, Courtney McLeod

     *Plaintiff,*

 v.

CITY OF PHILADELPHIA, et al.

     *Defendants.*

CIVIL ACTION
NO. 17-191

## ORDER

 **AND NOW**, this 26th day of June, 2017, upon consideration of Defendants'
Motions to Dismiss, (ECF Nos. 6, 16, 18 & 25), and Plaintiff's Responses (ECF Nos. 15,
20, 22 & 27), it is hereby **ORDERED** that:

1. ECF No. 6 is **GRANTED** in part;

   a. The claims against the City of Philadelphia and Giorla, Delaney,
   Lawton and Farrell in their official capacities are **DISMISSED** with
   prejudice;

   b. The claims against Giorla, Delaney, Lawton and Farrell in their
   individual capacities are **DISMISSED** without prejudice.

2. ECF No. 16 is **GRANTED**;

   a. The claims against MHM Correctional Services, Inc. and MHM
   Services, Inc. are **DISMISSED** without prejudice.

3. ECF No. 18 is **GRANTED**;

   a. The claims against Correct Care Solutions, LLC and Weiner are
   **DISMISSED** without prejudice.

4. ECF No. 25 is **GRANTED** in part and **DENIED** in part;

   a. The claims against the Pennsylvania Department of Corrections and Wetzel, Cynthia Link, Ondrejka, Korszniak and Mascellino in the official capacities are **DISMISSED** with prejudice;

   b. The claims against Wetzel, Cynthia Link, Ondrejka, Korszniak and Mascellino in their individual capacities are **DISMISSED** without prejudice.

5. The Fifth Amendment claims against all Defendants are **DISMISSED** with prejudice;

6. The Fourteenth Amendment substantive due process claims against all Defendants are **DISMISSED** with prejudice;

7. Plaintiff may file an amended complaint on or before **August 26, 2017**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.