# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY SUMMERS, Administrator of the Estate of Decedent, Courtney McLeod<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*<br><br>*Defendants.* | CIVIL ACTION<br>NO. 17-191 |

## ORDER

**AND NOW**, this 16th day of March, 2018, upon consideration of Defendants' Motions to Dismiss, (ECF Nos. 37, 38, 39, 45 & 46), and Plaintiff's Responses (ECF Nos. 40, 43, 44 & 48), it is hereby **ORDERED** that:

1. ECF No. 37 is **GRANTED**. The claims against Giorla, Delaney, Lawton and Farrell are **DISMISSED** with prejudice.

2. ECF No. 38 is **GRANTED**. The claims against MHM Correctional Services, Inc. and MHM Services, Inc. are **DISMISSED** with prejudice.

3. ECF No. 39 is **GRANTED**. The claims against Correct Care Solutions, LLC and Weiner are **DISMISSED** with prejudice.

4. ECF No. 45 is **GRANTED**. The claims against Corizon Health, Inc. are **DISMISSED** with prejudice.

5. ECF No. 46 is **GRANTED**. The claims against Roman Point du Jour are **DISMISSED** with prejudice.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.